WILLIAM E. FITZPATRICK
Acting United States Attorney
BERNARD J. COONEY
ANDREW A. CAFFREY, III
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-2823
Fax: (973) 297-2010
E-mail: bernard.cooney@usdoj.gov

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JOHN DOE,<br><br>   *Plaintiffs/Relator,*<br><br>v.<br><br>SPECTOCOR ENTERPRISE SERVICES, LLC, D/B/A SPECTOCOR, *et al.*,<br><br>   *Defendants.* | Honorable Katherine S. Hayden, U.S.D.J.<br><br>Civil Action No. 14-~~387~~ 1387<br><br>**ORDER** |

**WHEREAS**, the United States has submitted a Notice of Election to Intervene in Part for Settlement Purposes and Decline Intervention in Part, dated June 26, 2017 (the "Election Notice"), against defendants: (a) AMI Monitoring, Inc. ("AMI"), Spectocor, LLC, Joseph H. Bogdan (together, the "AMI Defendants"); and (b) Medi-Lynx Cardiac Monitoring, LLC and MEDICALgorithmics S.A. (together, the "Medi-Lynx Defendants"); and to decline intervention against defendant Andrew Bogdan; and

**WHEREAS**, the United States and Relator John Doe (Eben L. Steele) (the "Relator") having submitted a joint stipulation of dismissal of claims against the defendants,

IT IS on this 11th day of July 2017,

**ORDERED** that the Relator's Complaint shall be dismissed, subject to the terms and conditions set forth in the Settlement Agreement, as follows:

(1) As to the AMI Defendants, the United States' claims are dismissed with prejudice as to the AMI Covered Conduct, as that term is defined in the above-referenced Election Notice, and without prejudice as to any other claims;

(2) As to the Medi-Lynx Defendants, the United States' claims are dismissed with prejudice as to the Medi-Lynx Covered Conduct, as that term is defined in the above-referenced Election Notice, and without prejudice as to any other claims;

(3) As to Andrew Bogdan, the United States' claims are dismissed without prejudice; and

(4) As to the AMI Defendants, the Medi-Lynx Defendants, and defendant Andrew Bogdan, the Relator's claims are dismissed in their entirety, with prejudice.

Newark, New Jersey

_____
KATHERINE S. HAYDEN
United States District Judge